

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

AUG 1 5 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR- 175 |
| | § | Judge SDJ / KPJ |
| DAVID GERARDO GONZALEZ | § | |

## INDICTMENT

The United States Grand Jury Charges:

## COUNT ONE

<u>Violation</u>: 18 U.S.C. § 933(a)(1)
(Trafficking in Firearms)

On or about April 17, 2024, in the Eastern District of Texas, defendant DAVID GERARDO GONZALEZ, did knowingly transfer, in and affecting interstate commerce, a firearm, to-wit: a Superior Arms Inc., model S15, .223 caliber, serial #24776 and a Romarm/Cugir, model Draco, 7.62 caliber, serial #DF-2365-19, while knowing or having reasonable cause to believe that that the use, carrying, or possession of the firearm by the recipient would constitute a Federal or State felony (as defined in section 932(a)).

In violation of Title 18, United States Code, Sections 932(a)(1) and (b).

**COUNT TWO**

Violation: 18 U.S.C. § 933(a)(1)<br>(Trafficking in Firearms)

On or about May 10, 2024, in the Eastern District of Texas, defendant DAVID GERARDO GONZALEZ, did knowingly transfer, in and affecting interstate commerce, a firearm, to-wit: a Glock pistol, model 23, .40 caliber, #BZBK989, a Kimber pistol, model Custom LW, .45 caliber, #K880174, and a Colt rifle, model Match Target HBar II, .223 caliber, #CJC011165, while knowing or having reasonable cause to believe that that the use, carrying, or possession of the firearm by the recipient would constitute a Federal or State felony (as defined in section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(1) and (b).

**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

18 U.S.C. § 924(d), 18 U.S.C. § 934(d), and 28 U.S.C. § 2461

As the result of committing the offenses alleged in this Indictment, the defendant shall forfeit to the United States:

a.      Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 933, any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a violation of 18 U.S.C. § 933, and any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 933, including, but not limited to, the following:

(1)     **Cash Proceeds.**

A money judgment in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offense alleged in this Indictment.

(2)   **Substitute Assets**

a.   If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant-

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred or sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or

(5)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendant.

By virtue of the commission of the offenses alleged in this Indictment, any and all interest the defendant have in the above-described property is vested in and forfeited to the United States.

A TRUE BILL

_____

GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____

MATTHEW T. JOHNSON
Assistant United States Attorney

Date: ___8-15-24___

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR- |
| | § | Judge |
| DAVID GERARDO GONZALEZ | § | |

## NOTICE OF PENALTY

### Count One and Two

Violation:        18 U.S.C. § 933(a)(1)

Penalty:         Imprisonment of not more than fifteen years, a fine not to
                 exceed $250,000, or both; a term of supervised release of not
                 more than three years.

Special Assessment: $ 100.00